CRISTINA C. ARGUEDAS (SBN 87787)
TED W. CASSMAN, SBN (98932)
COOPER, ARGUEDAS & CASSMAN
5900 Hollis Street, Suite N
Emeryville, California 94608
Telephone: (510) 654-2000

Attorneys for Defendant
PAVEL LAZARENKO




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAVEL IVANOVICH LAZARENKO,<br>Defendant. | No. CR-00-0284 MJJ<br><br>**JOINT CONFERENCE STATEMENT**<br><br>Hearing: May 10, 2001<br>Time: 2:30 p.m. |

**INTRODUCTION**

Pursuant to the court's request at the last hearing, the parties' attorneys have conferred on two occasions to discuss legal issues relating to the role of Ukrainian law in this case, the burden of proof on such issues, and the witnesses who may be called to testify on these issues.. Based upon these discussions, correspondence and pleadings that have been filed in the interim, the parties report as follows.

I. Status Of Ukrainian Law.

The parties have previously stated their positions on the role of Ukrainian law in their pleadings filed pursuant to Rule 26.1, Fed. Rules Crim. Pro. The parties continue



ORIGINAL

to adhere to those positions, with the result that they disagree on the issues whether proof of Ukrainian law will be necessary as an element of the charged offenses and which party would carry the burden of proof. The parties agree that the Court should determine these issues as a pretrial matter after further briefing by the parties.

2. Expert Witnesses.

The defense expects that it will be necessary to depose expert witnesses in Ukraine concerning the status of Ukrainian law as it applies to this case. The defense has proffered the names of two prospective experts and is considering several other experts, although these efforts have been hampered by the Bureau of Prisons' new regulations concerning telephone access at F.D.C. Dublin. The government has suggested that visas can be secured from Ukraine for potential witnesses (both defense and government alike), so that the experts may attend hearings here. The defense is skeptical.

The government has proffered the name of an expert who will be available to testify at hearings in this court.

3. Other Witnesses For Pretrial Motions.

The defense has proffered the names of five witnesses they intend to depose in Ukraine on issues underlying prospective pretrial motions for outrageous governmental misconduct/selective prosecution and for suppression of LAZARENKO's Swiss conviction: Leonid Kuchma, M. Potebanko, O.M. Volkov, Victor Pinchuk and Nikolai Melnichenko.[1] The government opposes Rule 15 depositions of these witnesses on relevance and other grounds.

//

---

[1]The defense recently learned that the U.S. government has granted asylum to Nikolai Melnichenko, Kuchma's former bodyguard who secretly tape-recorded Kuchma's conversations with aids. The defense is therefore asking for the government's assistance in finding Melnichenko and gaining access to the tapes.

DATED: April 25, 2001

Respectfully submitted,

COOPER, ARGUEDAS & CASSMAN

TED W. CASSMAN
Attorneys for Defendant
PAVEL LAZARENKO

DATED: April 25, 2001

Martha Boersch,
Assistant U.S. Attorney

**PROOF OF SERVICE BY UNITED STATES MAIL**

I am a citizen of the United States. I am over the age of 18 and not a party to the within action. My business address is 5900 Hollis Street, Suite N, Emeryville, California, 94608.

On April 25, 2001, I served the foregoing: JOINT CONFERENCE STATEMENT on the following person(s) by posting a true copy thereof, enclosed in a sealed envelope, via United States mail, first class postage prepaid, addressed to the following parties:

Martha Boersch
Jonathan Howden
Assistant U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2001, at Emeryville, California.

Linda M Stiglich
LINDA STIGLICH