KEVIN V. RYAN (CSBN 118321)
United States Attorney

CHARLES B. BURCH (CSBN 79002)
Chief, Criminal Division

MARTHA BOERSCH (CSBN 126569)
JONATHAN R. HOWDEN (CSBN 97022)
PETER AXELROD (CSBN 190843)
Assistant United States Attorneys

HALLIE A. MITCHELL (CSBN 210020)
Trial Attorney, U.S. Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 00-0284 MJJ |
|     Plaintiff, ) | DECLARATION OF BRYAN EARL RE: CRIMINAL HISTORY CHECKS OF FOREIGN WITNESSES |
| v. ) | |
| PAVEL LAZARENKO, ) | |
|     Defendant. ) | |

I, Bryan Earl, hereby declare the following under penalty of perjury:

1. I am currently employed as a Special Agent of the Federal Bureau of Investigation, San Francisco Division.

2. I am working with prosecutors from the United States Attorney's Office for the Northern District of California and from the United States Department of Justice, Organized Crime and Racketeering Section, in connection with United States v. Pavel Lazarenko, CR 00-0284 MJJ.

3. As part of these efforts, I have participated in the process of arranging for and taking foreign

EARL DECL.
[CR 00-0284 MJJ]

1. depositions in the United Kingdom on March 31-April 1, 2003, the Netherlands on April 9-10, 2003, and in Switzerland on April 14-16, 2003. I am also participating in the preparations being made for the taking of depositions in the near future in Ukraine and in other foreign jurisdictions.

4. On March 31, 2003, I met in person with Steve Joels of the City of London Police and asked that he check whether any of the witnesses scheduled to be deposed in London that week had a known criminal history in the United Kingdom. These witnesses included Dennis Knockton, David Parker, Jeff Simpson and Serif Ecrument Aksoy. On April 1, 2003, Joels indicated to me that he had run criminal checks on each of those witnesses, and that those checks had come up negative.

5. On April 23, 2003, I sent an e-mail to Gerard Veenstra, Senior Public Prosecutor, District of Leeuwarden, requesting that he run criminal record checks on the witnesses deposed in the Netherlands on April 9-10, 2003. These witnesses included Rienz Van Der Ploeg, Theodore Velzeboer, Harke Bekkema and Jelle Spoelstra. I have yet to hear from Veenstra on this issue.

6. Also on April 23, 2003, I sent an e-mail to Collette Ford, representative of the Office of International Affairs, United States Department of Justice in Geneva, Switzerland, requesting that Ford ask the Swiss authorities to conduct criminal records checks of the witnesses deposed on April 14-16, 2003. Those witnesses include Werner Otto Metz, Andre Walcowicz and Andreas Ruegg. I have yet to hear from Ford on this issue.

7. On April 24, 2003, I spoke by telephone with Oleg Ukrainets, Investigator, General Procurator's Office, Kiev, Ukraine and requested that he conduct criminal records checks of the various witnesses the United States has requested to depose in Ukraine. Ukrainets indicated that Ukraine did have a centralized system from which this information can be obtained and indicated that he would obtain the information and get back to me. I expect to

\\
\\
\\

EARL DECL.
[CR 00-0284 MJJ]                                    2

1  have that information prior to the commencement of the Ukrainian depositions.

2  Executed this 24th day of April, 2003, in San Francisco, California.

_____
BRYAN EARL
Special Agent, FBI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

**UNITED STATES RESPONSE TO DEFENDANT'S STATEMENT OF MATERIALITY AND UNAVAILABILITY**

**DECLARATION OF BRYAN EARL RE: CRIMINAL HISTORY CHECKS OF FOREIGN WITNESSES**

**UNITED STATES' MEMORANDUM RE: BRADY/GIGLIO REQUESTS TO FOREIGN GOVERNMENTS**

**UNITED STATES' PROFFER RE: PROCEDURES FOR DEPOSITIONS IN UKRAINE AND RUSSIA**

in the case of **UNITED STATES V. PAVEL LAZARENKO, CR-00-0284-MJJ** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**HAROLD ROSENTHAL, ESQ.**
**DENNIS RIORDAN, ESQ.**
**523 OCTAVIA STREET**
**SAN FRANCISCO, CA 94102**
**FAX: (415) 552-2703**

____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_X_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2003

Peter B. Axelrod