1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | CHARLES B. BURCH (CSBN 79002)
Chief, Criminal Division

4 | MARTHA BOERSCH (CSBN 126569)
JONATHAN R. HOWDEN (CSBN 97022)

5 | PETER AXELROD (CSBN 190843)
Assistant United States Attorneys

6

7 | HALLIE A. MITCHELL (CSBN 210020)
Trial Attorney, U.S. Department of Justice

8 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

9 | Telephone: (415) 436-7200

10 | Attorneys for Plaintiff

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14

15

16 | UNITED STATES OF AMERICA,                )    No. CR 00-0284 MJJ
                                            )
            Plaintiff,                      )    DECLARATION OF BRYAN EARL RE:
17 |                                         )    CRIMINAL HISTORY CHECKS OF
        v.                                  )    FOREIGN WITNESSES
18 |                                         )
   PAVEL LAZARENKO,                         )
19 |                                         )
            Defendant.                      )
20 | _____   )

21 | I, Bryan Earl, hereby declare the following under penalty of perjury:

22 | 1. I am currently employed as a Special Agent of the Federal Bureau of Investigation, San

23 | Francisco Division.

24 | 2. I am working with prosecutors from the United States Attorney's Office for the Northern

25 | District of California and from the United States Department of Justice, Organized Crime and

26 | Racketeering Section, in connection with United States v. Pavel Lazarenko, CR 00-0284

27 | MJJ.

28 | 3. As part of these efforts, I have participated in the process of arranging for and taking foreign

EARL DECL.
[CR 00-0284 MJJ]

1  depositions in the United Kingdom on March 31-April 1, 2003, the Netherlands on April 9-

2  10, 2003, and in Switzerland on April 14-16, 2003. I am also participating in the

3  preparations being made for the taking of depositions in the near future in Ukraine and in

4  other foreign jurisdictions.

5  4.  On March 31, 2003, I met in person with Steve Joels of the City of London Police and asked

6  that he check whether any of the witnesses scheduled to be deposed in London that week had

7  a known criminal history in the United Kingdom. These witnesses included Dennis

8  Knockton, David Parker, Jeff Simpson and Serif Ecrument Aksoy. On April 1, 2003, Joels

9  indicated to me that he had run criminal checks on each of those witnesses, and that those

10  checks had come up negative.

11  5.  On April 23, 2003, I sent an e-mail to Gerard Veenstra, Senior Public Prosecutor, District of

12  Leeuwarden, requesting that he run criminal record checks on the witnesses deposed in the

13  Netherlands on April 9-10, 2003. These witnesses included Rienz Van Der Ploeg, Theodore

14  Velzeboer, Harke Bekkema and Jelle Spoelstra. I have yet to hear from Veenstra on this

15  issue.

16  6.  Also on April 23, 2003, I sent an e-mail to Collette Ford, representative of the Office of

17  International Affairs, United States Department of Justice in Geneva, Switzerland, requesting

18  that Ford ask the Swiss authorities to conduct criminal records checks of the witnesses

19  deposed on April 14-16, 2003. Those witnesses include Werner Otto Metz, Andre

20  Walcowicz and Andreas Ruegg. I have yet to hear from Ford on this issue.

21  7.  On April 24, 2003, I spoke by telephone with Oleg Ukrainets, Investigator, General

22  Procurator's Office, Kiev, Ukraine and requested that he conduct criminal records checks of

23  the various witnesses the United States has requested to depose in Ukraine. Ukrainets

24  indicated that Ukraine did have a centralized system from which this information can be

25  obtained and indicated that he would obtain the information and get back to me. I expect to

26  \\

27  \\

28  \\

EARL DECL.
[CR 00-0284 MJJ]                    2

1    have that information prior to the commencement of the Ukrainian depositions.

2    Executed this 24th day of April, 2003, in San Francisco, California.

3

4

5

6                         BRYAN EARL
                          Special Agent, FBI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EARL DECL.
[CR 00-0284 MJJ]                        3

1                          CERTIFICATE OF SERVICE

2        The undersigned hereby certifies that he is an employee of the office of the United States

3    Attorney, Northern District of California and is a person of such age and discretion to be

4    competent to serve papers. The undersigned certifies that he caused copies of

5                    **UNITED STATES RESPONSE TO DEFENDANT'S**
                     **STATEMENT OF MATERIALITY AND**
6                    **UNAVAILABILITY**

7                    **DECLARATION OF BRYAN EARL RE:**
                     **CRIMINAL HISTORY CHECKS OF FOREIGN**
8                    **WITNESSES**

9                    **UNITED STATES' MEMORANDUM RE:**
                     **BRADY/GIGLIO REQUESTS TO FOREIGN GOVERNMENTS**
10
                     **UNITED STATES' PROFFER RE: PROCEDURES FOR**
11                   **DEPOSITIONS IN UKRAINE AND RUSSIA**

12   in the case of **UNITED STATES V. PAVEL LAZARENKO, CR-00-0284-MJJ** to be served

13   on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as

14   follows which is the last known address:

15
                            **HAROLD ROSENTHAL, ESQ.**
16                          **DENNIS RIORDAN, ESQ.**
                            **523 OCTAVIA STREET**
17                          **SAN FRANCISCO, CA 94102**
                            **FAX: (415) 552-2703**
18
         ____(By Personal Service), I caused such envelope to be delivered by hand to the person or
19             offices of each addressee(s) above.

20   _X_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or
             offices of each addressee(s) above.
21
         ____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed
22             in the United States mail at San Francisco, California.

23       ____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address
             listed above.
24
         I declare under penalty of perjury that the foregoing is true and correct.
25

26   Dated: April 24, 2003

27
                                                    Peter B. Axelrod
28