

FILED

MAR 1 0 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-00-0284 MJJ |
| Plaintiff(s), | **ORDER DENYING GOVERNMENT'S MOTION TO ADMIT STATEMENTS OF YULIA TYMOSHENKO** |
| v. | |
| PAVEL LAZARENKO, | |
| Defendant. | |

Before the Court is the Government's Motion in Limine to Admit Statements of Yulia Tymoshenko as co-conspirator statements. For the reasons articulated by the Court at the Pre-trial hearing on March 8, 2004, the motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2004

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

US,

           Plaintiff,

v.

Pavel Ivanovich Lazarenko,

           Defendant.
                                 /

Case Number: CR00-0284 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2004, I SERVED a true and correct copy(ies) of the attached, by hand delivery to the person(s) hereinafter listed.

Dennis P. Riordan
Attorney at Law
523 Octavia Street
San Francisco, CA 94102

Doron Weinberg
Weinberg & Wilder
523 Octavia St.
San Francisco, CA 94102

Martha A. Boersch
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Dated: March 10, 2004

                                            Richard W. Wieking, Clerk

                                            By: Monica Tutson, Deputy Clerk