IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>PAVEL LAZARENKO,<br><br>Defendant. | No. CR-00-0284 MJJ<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING REGARDING DECISION DISMISSING CHARGES AGAINST JULIA AND OLEG TYMOSHENKO** |

Currently before the court is Defendant Pavel Lazarenko's Rule 29 Motion and Motion for a New Trial. On or about February 22, 2005, Defendant Lazarenko, by way of letter brief, forwarded to the court a copy of a January 21, 2005, decision by the G.P.O.U., dismissing bribery charges against Julia and Oleg Tymoshenko.[1] Defendant posits that the reasoning of this decision is relevant to the court's consideration of the Motion for New Trial currently before the court. Having reviewed Defendant's February 22nd letter brief and without expressing any opinion on the merits of the same the court enters the following briefing schedule to address issues raised therein:

a. Defendant supplemental brief (10 pages or less) to be filed by March 25, 2005

b. Government's supplement brief (10 pages or less) to be filed by April 8, 2005.

---

[1] The court has also received defendant's letter brief dated January 25, 2005, and finds that no futher briefing regarding the issue raised therein is necessary.

Upon the filing of the supplemental memoranda, the matter will again stand submitted.

**IT IS SO ORDERED.**

Dated: March 15, 2005

MARTIN J. JENKINS
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US,<br><br>    Plaintiff,<br><br>v.<br><br>Pavel Ivanovich Lazarenko,<br><br>    Defendant.          / | Case Number: CR00-00284 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel A. Horowitz
120-11th Street
Second Floor
Oakland, CA 94607

Dennis P. Riordan
Attorney at Law
523 Octavia Street
San Francisco, CA 94102

Doron Weinberg
Weinberg & Wilder
523 Octavia St.
San Francisco, CA 94102

Pete Axelrod
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Dated: March 16, 2005

Richard W. Wieking, Clerk

By: Monica Tutson, Deputy Clerk