

FILED
MAR 14 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 00-00284 MJJ |
| Plaintiff, | **ORDER RE EUROPEAN FEDERAL CREDIT BANK'S MOTION TO SET IMMEDIATE HEARING REGARDING ILLEGALLY SEIZED FUNDS** |
| v. | |
| LAZARENKO, | |
| Defendant. | |

Pending before the Court is European Federal Credit Bank's ("Eurofed") Motion to Set Immediate Hearing Regarding Illegally Seized Funds (Doc. #927), to which the Government filed an Opposition (Doc. #931). In its Motion, Eurofed urges the Court to set its Motion for Return of Illegally Seized Funds (Doc. #909) for hearing on March 16, 2006. The Government opposes Eurofed's request. To the extent that Eurofed requests a hearing on March 16, 2006, the Court **DENIES** Eurofed's Motion. However, the Court hereby sets a telephonic conference regarding Eurofed's request for a hearing date for March 21, 2006, at 4:00 p.m. As the movant, Eurofed shall initiate the conference call between Eurofed, the Government, and Defendant's counsel, and call into chambers at (415) 522-4141 at the scheduled time.

///

///

///

1  Further, Eurofed shall file a Reply addressing the arguments and authority the Government has
2  proffered in its Opposition by Friday, March 17, 2006.
3  **IT IS SO ORDERED.**
4
5  Dated: 3/14/2006
6  
          MARTIN J. JENKINS
          UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

LAZARENKO,

        Defendant.
_____/

Case Number: CR00-00284 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel A. Horowitz
120-11th Street
Second Floor
Oakland, CA 94607

Dennis P. Riordan
Attorney at Law
523 Octavia Street
San Francisco, CA 94102

Doron Weinberg
Weinberg & Wilder
523 Octavia St.
San Francisco, CA 94102

Peter Benjamin Axelrod
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: March 15, 2006

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk