1 | DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
2 | 523 Octavia Street
San Francisco, CA 94102
3 | Telephone: (415) 431-3472

4 | DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
5 | RIORDAN & HORGAN
523 Octavia Street
6 | San Francisco, CA 94102
Telephone: (415) 431-3472
7 |

8 | Attorneys for Defendant
PAVEL I. LAZARENKO
9 |

**FILED**

MAR 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 | **UNITED STATES DISTRICT COURT**

11 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12 |
UNITED STATES OF AMERICA,      )       **No.    CR-00-0284 MJJ**
13 |                               )
            Plaintiff,            )
14 |                               )       **ORDER MODIFYING CONDITIONS**
        vs.                       )       **OF RELEASE**
15 |                               )
                                  )
16 | PAVEL IVANOVICH LAZARENKO,    )
                                  )
17 |            Defendant.         )
                                  )
_____)

18 |         Good cause appearing therefore,

19 |         IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may leave his residence at

20 | 11:30 a.m. on Wednesday, March 21, 2007, for the purpose of conferring with his counsel and

21 | attending Court proceedings in the U.S. District Courthouse. He shall return to his residence no

22 | later than 6:00 p.m. on the same day.

23 |

24 | Dated:  3/13/2007

25 | HONORABLE MARTIN J. JENKINS
U.S. District Court Judge
26 |

27 |

28 |

Order Modifying Conditions of
Release