DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
PAVEL I. LAZARENKO

FILED

MAR 13 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAVEL IVANOVICH LAZARENKO, ) <br> ) <br> Defendant. ) | No.   CR-00-0284 MJJ <br><br> **ORDER MODIFYING CONDITIONS OF RELEASE** |

Good cause appearing therefore

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may leave his residence between the hours of 10:00 a.m. and 4:00 p.m. Friday, March 16, 2007 for the purpose of a medical appointment to evaluate and treat his lower back, with Dr. Jerome Schofferman, M.D., of the Spine Care Medical Group, located at 1850 Sullivan Avenue, Suite 200, Daly City, CA, telephone number (650) 985-7500.

Dated: MAR 13 2007

HONORABLE MARTIN J. JENKINS
U.S. District Court Judge

Order Modifying Conditions of
Temporary Release                                          1