```
 1  DORON WEINBERG (SBN 46131)
    WEINBERG & WILDER
 2  523 Octavia Street
    San Francisco, CA 94102
 3  Telephone: (415) 431-3472

 4  DENNIS P. RIORDAN (SBN 69320)
    DONALD M. HORGAN (SBN 121547)
 5  RIORDAN & HORGAN
    523 Octavia Street
 6  San Francisco, CA 94102
    Telephone: (415) 431-3472
 7
 8  Attorneys for Defendant
    PAVEL I. LAZARENKO
 9
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. **CR-00-0284 MJJ** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| | ) | |
| PAVEL IVANOVICH LAZARENKO, | ) | |
| Defendant. | ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may be away from his residence on the following dates and times:

Monday, March 26, 2007 between the hours of 9:00 a.m. to 1:30 p.m. for the purpose of conferring with his counsel and attending Court proceedings; and

Wednesday, March 28, 2007 between the hours of 11:00 a.m. and 6:00 p.m. for the purpose of conferring with his counsel and attending court proceedings.

Dated: 3/23/2007 _____
HONORABLE MARTIN J. JENKINS
U.S. District Court Judge

Order Modifying Conditions of Release

Order Modifying Conditions of Release