DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
PAVEL I. LAZARENKO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. **CR-00-0284 MJJ** |
| Plaintiff, ) | |
| vs. ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| PAVEL IVANOVICH LAZARENKO, ) | |
| Defendant. ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may be away from his residence on the following dates and times:

Monday, March 26, 2007 between the hours of 11:00 a.m. to 5:00 p.m. for the purpose of conferring with his counsel at the law offices located at 523 Octavia Street, San Francisco, CA;

Tuesday, March 27, 2007 between the hours of 8:00 a.m. and 11:00 a.m. for the purpose of conferring with his counsel and attending court proceedings;

Wednesday, March 28, 2007 between the hours of 11:00 a.m. and 5:00 p.m. for the purpose of conferring with counsel and attending court proceedings; and

Friday, March 30, 2007 between the hours of 8:00 a.m. and 6:00 p.m. for the purpose of

Order Modifying Conditions of
Release

being deposed in the matter of *UTICO v. Kiritchenko and Lazarenko, et. al.*, Case No. C-99-3073 MMC/EDL, at the Jan Brown Reporting Service, located at 701 Battery Street, San Francisco, CA.

.

Dated: 3/26/2007

_____
HONORABLE MARTIN J. JENKINS
U.S. District Court Judge

Order Modifying Conditions of Release