1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472

4  DENNIS P. RIORDAN (SBN 69320)
   DONALD M. HORGAN (SBN 121547)
5  RIORDAN & HORGAN
   523 Octavia Street
6  San Francisco, CA 94102
   Telephone: (415) 431-3472

7  Attorneys for Defendant PAVEL I. LAZARENKO

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR-00-0284 MJJ |
| Plaintiff, | **AMENDED** |
| vs. | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| PAVEL IVANOVICH LAZARENKO, | |
| Defendant. | |

Good cause appearing therefore

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may leave his residence between the hours of 1:00 p.m. and 5:00 p.m. on Monday, April 2, 2007, and 11:00 a.m. and 4:00 p.m. on Wednesday, April 4, 2007 for the purpose of conferring with his attorneys and attending court proceedings in this matter.

IT IS FURTHER ORDERED that defendant Lazarenko may leave his residence on Thursday, April 12, 2007 at 10:00 a.m. and return to his residence no later than 4:00 p.m. to attend a medical appointment which was rescheduled from an earlier date, to evaluate and treat his lower back, with Dr. Jerome Schofferman, M.D., of the Spine Care Medical Group, located at 1850 Sullivan Avenue, Suite 200, Daly City, CA , telephone number (650) 985-7500.

Dated:___03/29/07_____                    _____
                                            HONORABLE MARTIN J. JENKINS
                                            District Court Judge

Amended Order Modifying Conditions of Release