1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472

4  DENNIS P. RIORDAN (SBN 69320)
   DONALD M. HORGAN (SBN 121547)
5  RIORDAN & HORGAN
   523 Octavia Street
6  San Francisco, CA 94102
   Telephone: (415) 431-3472

7

8  Attorneys for Defendant
   PAVEL I. LAZARENKO

9

10           **UNITED STATES DISTRICT COURT**

11        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13  UNITED STATES OF AMERICA,        )    No.    **CR-00-0284 MJJ**
                                     )
14              Plaintiff,           )
                                     )
                                     )    **ORDER MODIFYING CONDITIONS**
15        vs.                        )    **OF RELEASE**
                                     )
16  PAVEL IVANOVICH LAZARENKO,       )
                                     )
17              Defendant.           )
    _____)

18

19       Good cause appearing therefore,

20       IT IS HEREBY ORDERED that the conditions of defendant Pavel I. Lazarenko's release

21  are modified so that defendant may attend Russian Orthodox Easter Mass at St. Nicholas

22  Cathedral, 2005 15th Street, San Francisco, CA 94114, telephone number (415) 621-1849. In

23  order to permit defendant to attend the mass, defendant may leave his residence at 10:00 p.m. on

24  Saturday, April 7, 2007 and return to his residence by 4:00 a.m. on Sunday, April 8, 2007.

25

26  Dated:_____04/03/07_____    _____
                                    HONORABLE MARTIN J. JENKINS
27                                  District Court Judge

28

Order Modifying Conditions of
Release