1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   PATRICIA J. KENNEY (CSBN 130238)
5  Assistant United States Attorneys

6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: 415.436.6857
     Facsimile:  415.436.6748
8    Email: patricia.kenney@usdoj.gov

9  Attorneys for the United States

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,       )     No. CR 00-0284 MJJ
                                     )
15 |         Plaintiff,               )
                                     )
16 |         v.                       )     STIPULATION AND ORDER
                                     )     RE: RESCHEDULING
17 | PAVEL LAZARENKO,                 )
                                     )
18 |         Defendant.               )
                                     )
19 |                                  )
     LIQUIDATORS APPOINTED BY THE    )
20 | HIGH COURT OF ANTIGUA FOR       )
     EUROPEAN FEDERAL CREDIT BANK,   )
21 | *IN LIQUIDATION*, AND UNIVERSAL  )
     TRADING & INVESTMENT CO., INC., )
22 |                                  )
             Petitioners.            )
23 |                                  )

24

25      The parties agree, subject to the Court's approval, that the schedule for briefing be
26 extended by one week as follows:
27      1.    Motion of the United States due on April 12, 2007; supplement attached to
28            previously filed motion of the Liquidators due on April 12, 2007;

| | | |
|---|---|---|
| 1 | 2. | Oppositions due on April 26, 2007; |
| 2 | 3. | Replies due on May 3, 2007; |
| 3 | 4. | ~~Hearing on May 10, 2007 at 2:00 p.m.~~ |

The United States requested, and the other parties graciously agreed, to a one week extension of the briefing schedule. The undersigned Assistant United States Attorney made the request for a number of reasons, including medical problems which only allowed part time work through the middle of March and have continued to involve absences from the office, the press of other business involving court and statutory imposed deadlines and the need to coordinate with counsel in Washington, D.C. in the Department of Justice in the filing of the forthcoming brief.

IT IS SO STIPULATED:

Dated: April _2_, 2007

SCOTT N. SCHOOLS
United States Attorney

*/s/ Patricia J. Kenney*
PETER AXELROD
PATRICIA J. KENNEY
Assistant United States Attorneys
Attorneys for the United States


McDERMOTT WILL & EMERY LLP

Dated: April ___, 2007

_____
RORY K. LITTLE
MATTHEW JACOBS
PETER J. DROBIC
Attorneys for the Liquidators

ASPELIN & BRIDGMAN LLP

Dated: April ___, 2007

_____
JOHN H. ASPELIN
Attorney for UTI Company

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ___ DAY OF APRIL, 2007.

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

Stip and Order Re: Scheduling
CR 00-0284 MJJ

2

1    2.    Oppositions due on April 26, 2007;

2    3.    Replies due on May 3, 2007;

3    4.    ~~Hearing on May 10, 2007 at 2:00 p.m.~~

The United States requested, and the other parties graciously agreed, to a one week extension of the briefing schedule. The undersigned Assistant United States Attorney made the request for a number of reasons, including medical problems which only allowed part time work through the middle of March and have continued to involve absences from the office, the press of other business involving court and statutory imposed deadlines and the need to coordinate with counsel in Washington, D.C. in the Department of Justice in the filing of the forthcoming brief.

IT IS SO STIPULATED:                SCOTT N. SCHOOLS
                                    United States Attorney

Dated: April ___, 2007              _____/s/_____
                                    PETER AXELROD
                                    PATRICIA J. KENNEY
                                    Assistant United States Attorneys
                                    Attorneys for the United States


                                    McDERMOTT WILL & EMERY LLP


Dated: April _3_, 2007              _____
                                    RORY K. LITTLE
                                    MATTHEW JACOBS
                                    PETER J. DROBIC
                                    Attorneys for the Liquidators

                                    ASPELIN & BRIDGMAN LLP


Dated: April ___, 2007              _____
                                    JOHN H. ASPELIN
                                    Attorney for UTI Company

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ___ DAY OF APRIL, 2007.

                                    _____
                                    HONORABLE MARTIN J. JENKINS
                                    United States District Judge

Stip and Order Re: Scheduling
CR 00-0284 MJJ                              2

1   2.   Oppositions due on April 26, 2007;

2   3.   Replies due on May 3, 2007;

3   4.   ~~Hearing on May 10, 2007 at 2:00 p.m.~~ *** (On a date selected by the Court given the extension granted by the Court.)

4   The United States requested, and the other parties graciously agreed, to a one week extension of
5   the briefing schedule. The undersigned Assistant United States Attorney made the request for a
6   number of reasons, including medical problems which only allowed part time work through the
7   middle of March and have continued to involve absences from the office, the press of other
8   business involving court and statutory imposed deadlines and the need to coordinate with counsel
9   in Washington, D.C. in the Department of Justice in the filing of the forthcoming brief.

11  IT IS SO STIPULATED:           SCOTT N. SCHOOLS
                                   United States Attorney

12  Dated: April __, 2007                  /s/
13                                 PETER AXELROD
                                   PATRICIA J. KENNEY
14                                 Assistant United States Attorneys
                                   Attorneys for the United States

16                                 McDERMOTT WILL & EMERY LLP

18  Dated: April __, 2007
                                   RORY K. LITTLE
19                                 MATTHEW JACOBS
                                   PETER J. DROBIC
20                                 Attorneys for the Liquidators

21                                 ASPELIN & BRIDGMAN LLP

22  Dated: April 2, 2007           [signature]
23                                 JOHN H. ASPELIN
                                   Attorney for UTI Company

25  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 4th
26  DAY OF APRIL, 2007.

27                                 [signature]
28                                 HONORABLE MARTIN J. JENKINS
                                   United States District [Judge]

Stip and Order Re: Scheduling
CR 00-0284 MJJ                     2

[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins]