DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
PAVEL I. LAZARENKO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.    CR-00-0284 MJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| PAVEL IVANOVICH LAZARENKO, ) | |
| Defendant. ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may be away from his residence on Wednesday, April 18, 2007 from 11:00 a.m. until 6:00 p.m. for the purpose of conferring with counsel and attending court proceedings in this matter.

Dated: 4/10/2007

_____
HONORABLE MARTIN J. JENKINS
U.S. District Court Judge

Order Modifying Conditions of Release