1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-3472

4  DENNIS P. RIORDAN (SBN 69320)
   DONALD M. HORGAN (SBN 121547)
5  RIORDAN & HORGAN
   523 Octavia Street
6  San Francisco, CA 94102
   Telephone: (415) 431-3472
7

8  Attorneys for Defendant
   PAVEL I. LAZARENKO
9

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR-00-0284 MJJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| PAVEL IVANOVICH LAZARENKO, | ) | |
| Defendant. | ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may be away from his residence on Thursday, April 19, 2007 from 11:00 a.m. until 6:00 p.m. for the purpose of conferring with counsel and attending court proceedings in this matter.

Dated: 4/16/2007

_____
HONORABLE MARTIN J. JENKINS
U.S. District Court Judge

Order Modifying Conditions of Release