DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
PAVEL I. LAZARENKO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   **CR-00-0284 MJJ** |
| Plaintiff, ) | |
| vs. ) | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| ) | |
| PAVEL IVANOVICH LAZARENKO, ) | |
| Defendant. ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may be away from his residence on the following dates and times:

1.   ~~Wednesday, May 9, 2007 from 7:00 a.m. until 1:00 p.m. for the purpose of conferring with counsel and attending court proceedings in this matter.~~

2.   Thursday, May 10, 2007 from 12:00 p.m. until 6:00 p.m. for the purpose of conferring with counsel and attending court proceedings in the matter of *Universal Trading & Investment Co. v. Kiritchenko, et. al.*, Case No. C-99-3073 (MMC) EDL.

3.   Monday, May 14, Tuesday, May 15 and Wednesday, May 16, 2007 from 8:00 a.m. until 6:00 p.m. for the purpose of attending his deposition in the matter of *Universal*

Order Modifying Conditions of Release                     1

*Trading & Investment Co. v. Kiritchenko, et. al.*, Case No. C-99-3073, as ordered by Magistrate Judge Elizabeth D. Laporte. The deposition shall take place at the Jan Brown Reporting Service, located at 701 Battery Street, San Francisco, CA.

Dated: 5/9/2007

HONORABLE MARTIN J. JENKINS
U.S. District Court Judge

Order Modifying Conditions of Release           2