DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Defendant
PAVEL I. LAZARENKO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    **CR-00-0284 MJJ** |
| Plaintiff, | ) | |
| | ) | **ORDER MODIFYING CONDITIONS** |
| vs. | ) | **OF RELEASE** |
| | ) | |
| PAVEL IVANOVICH LAZARENKO, | ) | |
| Defendant. | ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that defendant Pavel I. Lazarenko may be away from his

residence on Wednesday, November 14, 2007 from the hours of 12:00 p.m. through 6:00 p.m.,

for the purpose of attending court in the above-referenced matter.

Dated:_____10/26/07_____                    _____

HONORABLE MARTIN J. JENKINS
U.S. District Judge

Judge Martin J. Jenkins