DAVID L. ANDERSON (CSBN 149604)
Acting United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234
   E-Mail: Peter.Axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 00-0284 CRB |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER RESETTING RELEASE HEARING |
|    v. ) | |
| PAVEL LAZARENKO, ) | |
|    Defendant. ) | |

     At the request of the United States, the parties have agreed to ask the Court to reset the hearing on defendant Pavel Lazarenko's motion for release pending decision on certiorari and resentencing (CR 1523) from September 23, 2009, to September 30, 2009. Specifically, the parties seek permission for the United States to file its response to the defendant's motion by September 29, 2009, with a hearing on September 30, 2009, at 2:15 p.m. The parties make this request – for a one week continuance – to accommodate government counsel, who was out of the office at the time the defendant filed his motion and otherwise occupied upon his return.

\\

\\

STIPULATION AND ORDER
[CR 00-0284 CRB]

STIPULATED:

DATED: September 22, 2009
Respectfully submitted,

DAVID L. ANDERSON
Acting United States Attorney

/s/
_____
PETER B. AXELROD
Assistant United States Attorney

DATED: September 22, 2009

/s/
_____
DENNIS P. RIORDAN
Attorney for Defendant Pavel Lazarenko

## **O R D E R**

Based on the stipulation of the parties and the record herein, IT IS HEREBY ORDERED that the hearing on the defendant's motion for release pending decision on certiorari and resentencing, currently set for September 23, 2009, shall be continued to September 30, 2009 at 2:15 p.m. Further, the United States may file any opposition to the motion by September 29, 2009.

IT IS SO ORDERED.

DATED: September 23, 2009

_____
HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND ORDER
[CR 00-0284 CRB]