MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
PETER B. AXELROD (CSBN 190843)
Assistant United States Attorneys

  450 Golden Gate Avenue, 11th floor
  San Francisco, CA 94102
  Telephone: 415.436.6857
  Facsimile: 415.436.7234
  email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 00-CR-0284 CRB |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING THE |
| v. | ) | UNITED STATES TO TAKE |
| | ) | POST-CONVICTION DISCOVERY |
| PAVEL LAZARENKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

UPON CONSIDERATION OF the *ex parte* application of the United States to authorize post-conviction discovery pursuant to 21 U.S.C. § 853(m) and Federal Rule of Criminal Procedure 32.2(b)(3), the entire record and for good cause shown, it is by the Court on this ""33ʋj "" day of"""""""" Uɥɤ ʋɡo dɡt", 2013,

ORDERED that the United States may issue a notice of deposition and request for production of documents to any third party for the purpose of locating and identifying property subject to forfeiture under any order of forfeiture issued by the court in this case.

1  Any witness served with a notice of deposition shall appear at the time and place designated

2  and shall be deposed before a court reporter authorized to administer oaths.  Subject to continuances

3  or adjournment from time to time, the witness shall remain until the deposition has been completed.

4  It is further ORDERED that the witness shall produce any and all designated books, papers,

5  documents, and other material not privileged, including any and all documents that pertain to any

6  and all assets of defendant Pavel Lazarenko whether held in defendant's name or in the name of any

7  person of whom the witness is aware.

Date
HONORABLE CHARLES R. BREYER

IT IS SO ORDERED

Judge Charles R. Breyer

Order Authorizing Post-Conviction Disc.
No. 00-CR-0284 CRB                     2