MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
PETER B. AXELROD (CSBN 190843)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    Facsimile:  (415) 436-7234
    Email:  patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-CR-00284 CRB |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| PAVEL LAZARENKO, | ) | |
| Defendant. | ) | |

On July 25, 2013, this Court entered a Preliminary Order of Forfeiture forfeiting 100 Orbtiz Lane and adjacent parcels (as described in the legal description attached as Exhibit A) in Novato, California (hereafter "100 Orbitz Lane"). 100 Orbitz Lane is directly forfeitable pursuant to Federal Rule of Criminal Procedure 32.2(e)(1)(A) because it was purchased on or about August 31, 1998, with laundered money in the form of a check for $6,745,000 drawn on the account of Dugsbery Inc., at the WestAmerica Bank. *See* Preliminary Order of Forfeiture, entered July 25, 2013. The purchase is the financial transaction underlying defendant Lazarenko's conviction on Count Seven of the Second Superseding Indictment for money laundering. *See* Second Superseding Indictment, filed July 19, 2001; Amended Judgment, filed February 4, 2010.

The United States has complied with the publication notice requirements of the Preliminary Order of Forfeiture to give general notice. *Id.;* Declaration of Publication, filed August 27, 2013. The United States also gave direct notice to the owner of record, Dugsbery, Inc., by sending the notice to its Registered Agent, Yury Lyublin. *See* Certificate of Service, filed July 23, 2013. No one, however, has appeared and timely filed a petition to commence an ancillary proceeding by asserting any right, title or interest in 100 Orbitz Lane. *See* Docket Sheet.

UPON CONSIDERATION of the foregoing, it is by the Court

ORDERED that 100 Orbitz Lane and adjacent parcels (as described in the legal description attached as Exhibit A) in Novato, California, BE, AND HEREBY IS, FORFEITED to the United States pursuant to Federal Rule of Criminal Procedure 32.2(e)(1)(A); and it is further

ORDERED that title vested in the United States as of the date of purchase of 100 Obertz Lane and adjacent parcels in Novato, California, by Dugsbery, Inc., on or about August 31, 1998 under the relation back doctrine in 21 U.S.C. § 853(c) (as incorporated by 18 U.S.C. § 982(b)(1)) and *United States v. Libretti,* 516 U.S. 29 (1995); and it is further

ORDERED that, having been given notice and failed to file a petition, Dugsbery, Inc.'s right, title or interest, if any, in 100 Obertz Lane BE, AND HEREBY IS, EXTINGUISHED; and it is further

///

///

///

FINAL ORDER OF FORFEITURE
NO. 00-CR-00284 CRB                1

ORDERED that the Attorney General shall, through the United States Marshals Service and its authorized employees, agents and contractors, take all appropriate steps to dispose of the forfeited real property in accordance with law.

Dated: October 8, 2013



HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

FINAL ORDER OF FORFEITURE
NO. 00-CR-00284 CRB          2