MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    FAX: (415) 436-7234
    Email:  patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 00-CR-0284 CRB |
|     Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE FORFEITING (1) A PICASSO LITHOGRAPH AND (2) A DECORATIVE URN |
| PAVEL LAZARENKO, | |
|     Defendant. | |

1  UPON CONSIDERATION OF the application of the United States for a Preliminary Order of
2 Forfeiture to forfeit an unsigned Pablo Picasso lithograph, entitled Femme au Chignon (c. 1957)
3 ("Picasso lithograph"), and a guilt metal mounted cobalt glass urn, probably from the second half of the
4 Twentieth Century, in the style of Louis XVI ("decorative urn"), the entire record and for good cause
5 shown, it is by the Court on this 22nd day of  November,  2013,

6  ORDERED that the Picasso lithograph and the decorative urn is forfeited to the United States;
7 and it is further

8  ORDERED that the United States, through its appropriate agency, shall seize the forfeited
9 property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days,
10 notice of this order, notice of the government's intent to dispose of the property in such manner as
11 the Attorney General may direct and notice to any person, other than the defendant, having or claiming a
12 legal interest in the property that that person must file a petition with the Court and serve a copy on
13 government counsel, Assistant United States Attorney Patricia J. Kenney, within sixty (60) days after
14 the first day of publication on the official government forfeiture website; and it is further

15  ORDERED that the government shall conduct discovery in order to identify, locate or dispose of
16 property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal
17 Procedure; and it is further

18  ORDERED that the Court retains jurisdiction to enforce this Preliminary Order Forfeiture which
19 forfeits the Picasso lithograph and the decorative urn, and to issue additional preliminary orders, if
20 necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and it is further

21  ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, that
22 this Preliminary Order Forfeiture which forfeits the Picasso lithograph and the decorative urn is final as
23 to defendant Lazarenko upon entry.

HONORABLE CHARLES R. BREYER
United States District Judge



PRELIM. ORDER OF FORF.
NO. 00-CR-0284 CRB                                                       1