3:00-CR-0028-CRB-1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>vs.<br><br>Pavel Ivanovich Lazarenko,<br><br>                    Defendant. | Case No. 3:00-cr-00284-CRB-1<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO SEAL**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

Now Before the Court is Defendant's Ex Parte Motion to Seal Exhibits 4,5 and 6, Docket 1645 pursuant to Local Rule 32-7(a).

FOR GOOD CAUSE SHOWN, the Motion to Seal is GRANTED. Exhibits 4, 5 and 6 of Docket 1645 shall be sealed and removed from PACER.

**IT IS SO ORDERED.**



DENIED
Judge Charles R. Breyer

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2014

3:00-CR-0028-CRB-1