IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAVEL IVANOVICH LAZARENKO,<br><br>    Defendant. _____/ | No. C 00-00284 CRB<br><br>**OSC ORDER RE REQUEST FOR CLARIFICATION** |

Lazarenko recently filed a Request for Clarification regarding his supervised release term. See Request for Clarification (dkt. 1667). Good cause appearing therefor, the Government is hereby ORDERED to file an answer to Defendant's Request for Clarification addressing the questions raised by Lazarenko regarding his supervised release term within 30 days of this Order. The Court further GRANTS Lazarenko's request to stay responses to the offender questionnaire until this matter has been resolved, and the Court VACATES the December 30, 2015 hearing date and RESETS it for January 22, 2016.

**IT IS SO ORDERED.**

Dated: December 15, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE