IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAVEL IVANOVICH LAZARENKO,<br><br>    Defendant. | No. 3:00-cr-00284 CRB<br><br>**ORDER REGARDING STATUS OF FUNDS IN CUSTODY OF THE PANAMANIAN AUTHORITIES** |

The Court has received the government's status report regarding the funds currently in custody of the Panamanian authorities. See Status Rpt. (dkt. 1718). The Court ORDERS the government to file a notice when the funds have been received. Until such time, the Court also ORDERS the government to provide a monthly update on the status of those funds, starting one month from the date of this order.

**IT IS SO ORDERED.**

Dated: February 13, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE