# Exhibit

# E

## Silversmith Declaration

| Client | 143753 - Lazarenko, Pavel |
| --- | --- |
| CostType | All |

| Month | Cost Incurred | Adjustments to Costs | Costs Owed |
| --- | ---: | ---: | ---: |
| July 2014 | 271.05 | 0.00 | 271.05 |
| August 2014 | 3,411.64 | (271.05) | 3,411.64 |
| September 2014 | 1,831.10 | (2,235.02) | 1,831.10 |
| October 2014 | 6,646.32 | (2,667.36) | 9,119.99 |
| November 2014 | 8,223.01 | (7,657.41) | 9,685.59 |
| December 2014 | 6,872.91 | (1,111.76) | 15,446.74 |
| January 2015 | 7,990.47 | (5,557.26) | 17,879.95 |
| February 2015 | 3,857.94 | (1,000.17) | 20,737.72 |
| March 2015 | 10,851.60 | (1,104.00) | 30,485.32 |
| April 2015 | 3,471.17 | (2,480.89) | 31,475.60 |
| May 2015 | 5,785.99 | (2,693.79) | 31,254.38 |
| June 2015 | 12,416.74 | 0.00 | 43,671.12 |
| July 2015 | 8,526.36 | (5,113.04) | 47,084.44 |
| August 2015 | 6,188.05 | 0.00 | 53,272.49 |
| September 2015 | 4,744.06 | 0.00 | 58,016.55 |
| October 2015 | 4,584.99 | (594.98) | 62,006.56 |
| November 2015 | 10,549.79 | (1,205.78) | 71,350.57 |
| December 2015 | 10,316.30 | 0.00 | 81,666.87 |
| January 2016 | 524,437.92 | (1,509.84) | 603,836.55 |
| February 2016 | 20,588.94 | 0.00 | 624,425.49 |
| March 2016 | 3,848.74 | 0.00 | 628,274.23 |
| April 2016 | 11,201.27 | (1,371.63) | 638,103.87 |
| May 2016 | 16,243.56 | (809.56) | 653,537.87 |
| June 2016 | 115,780.16 | 0.00 | 769,318.03 |
| July 2016 | 16,045.23 | 0.00 | 785,363.26 |
| August 2016 | 6,033.24 | (1,512.30) | 789,884.20 |
| September 2016 | 10,878.12 | 0.00 | 800,762.32 |
| October 2016 | 189,194.94 | 0.00 | 989,957.26 |
| November 2016 | 4,383.52 | 0.00 | 994,340.78 |
| December 2016 | 221,190.91 | 0.00 | 1,215,531.69 |
| January 2017 | 4,161.51 | 0.00 | 1,219,693.20 |
| February 2017 | 12,357.15 | 0.00 | 1,232,050.35 |
| March 2017 | 29,628.61 | 0.00 | 1,256,510.73 |
| April 2017 | 2,191.25 | 0.00 | 1,263,870.21 |
| May 2017 | 3,176.67 | 0.00 | 1,267,046.88 |
| June 2017 | 2,425.22 | 0.00 | 1,269,472.10 |
| July 2017 | 1,934.64 | 0.00 | 1,271,406.74 |
| August 2017 | 2,680.73 | 0.00 | 1,274,087.47 |
| September 2017 | 1,724.54 | 0.00 | 1,275,812.01 |
| October 2017 | 2,262.53 | 0.00 | 1,278,074.54 |
| November 2017 | 1,082.59 | 0.00 | 1,279,157.13 |
| December 2017 | 1,946.48 | 0.00 | 1,281,103.61 |
| January 2018 | 3,545.86 | 0.00 | 1,284,649.47 |
| February 2018 | 1,054.55 | 0.00 | 1,285,704.02 |
| March 2018 | 8,118.74 | 0.00 | 1,293,822.76 |

| Month | Amount | | Balance |
|---|---:|---:|---:|
| April 2018 | 5,051.36 | 0.00 | 1,298,874.12 |
| May 2018 | 49,169.38 | 0.00 | 1,348,043.50 |
| June 2018 | 902.73 | 0.00 | 1,348,946.23 |
| July 2018 | (3.43) | 0.00 | 1,348,942.80 |
| August 2018 | 84.39 | 0.00 | 1,349,027.19 |
| September 2018 | 72.78 | 0.00 | 1,349,099.97 |
| October 2018 | 9.50 | 0.00 | 1,349,109.47 |
| November 2018 | 606.30 | 0.00 | 1,349,715.77 |
| December 2018 | 10.71 | 0.00 | 1,349,726.48 |
| January 2019 | 121.40 | 0.00 | 1,349,847.88 |
| February 2019 | 1,517.27 | 0.00 | 1,351,365.15 |
| March 2019 | 365.70 | 0.00 | 1,351,730.85 |
| April 2019 | 7,586.02 | 0.00 | 1,359,316.87 |
| May 2019 | 35.99 | 0.00 | 1,359,362.87 |
| June 2019 | 1,656.83 | 0.00 | 1,361,009.69 |
| July 2019 | 39.91 | 0.00 | 1,361,049.60 |
| August 2019 | 3,372.30 | 0.00 | 1,364,421.90 |
| September 2019 | 518.05 | 0.00 | 1,364,939.95 |
| October 2019 | 82.16 | 0.00 | 1,365,022.11 |
| November 2019 | 30.93 | 0.00 | 1,365,053.04 |
| December 2019 | 220.66 | 0.00 | 1,365,273.70 |
| January 2020 | 1,118.75 | 0.00 | 1,366,392.45 |
| February 2020 | 32.78 | 0.00 | 1,366,425.23 |
| March 2020 | 60.32 | 0.00 | 1,366,485.55 |
| April 2020 | (204.41) | 0.00 | 1,366,281.14 |
| May 2020 | 1,643.25 | 0.00 | 1,367,924.39 |
| June 2020 | 2,132.63 | 0.00 | 1,370,057.02 |
| July 2020 | 2,387.25 | 0.00 | 1,372,444.27 |
| August 2020 | 355.93 | 0.00 | 1,372,800.20 |
| September 2020 | 367.19 | 0.00 | 1,373,167.39 |
| October 2020 | 672.10 | 0.00 | 1,373,839.49 |
| November 2020 | 94.50 | 0.00 | 1,373,933.99 |
| December 2020 | 61.22 | 0.00 | 1,373,995.21 |
| January 2021 | 76.56 | 0.00 | 1,374,071.77 |
| February 2021 | 89.39 | 0.00 | 1,374,161.16 |
| March 2021 | 86.75 | 0.00 | 1,374,247.91 |
| April 2021 | 58.04 | 0.00 | 1,374,305.95 |
| May 2021 | 1,719.24 | 0.00 | 1,376,025.19 |
| June 2021 | 1,629.81 | 0.00 | 1,377,655.00 |
| July 2021 | 58.08 | 0.00 | 1,377,713.08 |
| August 2021 | 2,512.64 | 0.00 | 1,380,225.72 |
| September 2021 | 156.74 | 0.00 | 1,380,382.46 |
| October 2021 | 63.19 | 0.00 | 1,380,445.65 |
| November 2021 | 0.00 | 0.00 | 1,380,445.65 |
| **Grand Total** | **1,421,280.00** | **(38,895.84)** | **1,380,445.65** |