# Exhibit

# F

# Silversmith Declaration



Phone:   (215) 569-5646
Fax:     (215) 832-5646
Email:   Comisky-IM@BlankRome.com

November 3, 2015

**VIA EMAIL**

Patricia J. Kenney  
Assistant United States Attorney  
U.S. Attorney's Office  
450 Golden Gate Avenue, Box 36055  
San Francisco, California 94102-3495

Daniel H. Claman, Esq.  
Asset Forfeiture and Money Laundering Section  
Criminal Division  
U.S. Department of Justice  
1400 New York Avenue, NW, Suite 10100  
Washington, D.C. 20530

Re:   <u>Pavel Lazarenko-Outstanding Personal Money Judgment</u>

Dear Counsel:

This law firm represents Pavel Lazarenko in his civil forfeiture proceeding pending in the District of Columbia, *United States v. All Funds on Deposit at Bank Julius Baer & Company, Ltd., Guernsey Branch, account number 121128, in the name of Pavlo Lazarenko, last valued at approximately $2 million in United States currency*, docket entry no. 1:04-cv-798. Mr. Daniel Horowitz represents Mr. Lazarenko in his criminal case pending in the Northern District of California. Mr. Lazarenko's supervised release in his criminal case expired on November 1, 2015.

On September 29, 2006, Judge Jenkins pronounced judgment in Mr. Lazarenko's criminal case. He entered a personal money judgment and we understand that Mr. Lazarenko presently owes approximately $20,061,204 on this judgment. We would ask that you provide us with the original money judgement amount and an accounting of all funds that have been used to satisfy the money judgement amount.

One Logan Square  130 North 18th Street  Philadelphia, PA 19103-6998
www.BlankRome.com

Boca Raton • Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington



November 3, 2015
Patricia J. Kenney
Daniel H. Claman, Esq.
Page 2

The U.S. government has restrained funds in Guernsey, which we believe total approximately $190,000,000. These funds were frozen in 2004 and are readily available to pay any outstanding portion of Mr. Lazarenko's judgment. In an effort to begin to bring closure to this matter, we offer to use the funds in Guernsey to pay any outstanding portion of Mr. Lazarenko's personal money judgment.

Sincerely,

Ian M. Comisky

cc:   Dan Horowitz, Esq.