# Exhibit

# G

# Silversmith Declaration

US v All Assets Held at Bank Julius Baer & Company, et al.  
Summary of Tracing by Scheme

**Exhibit 15**

| Complaint Paragraph | Asset Description | Total Amount in Asset | Proceeds Total | Other Funds Total | Proceeds by Scheme |||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Kiritchenko | Naukovy Farm | Ditiatkovsky | Jurimex | IAH Automobile | Orchard Road | Internova | Gas Scheme | Nikopol Ferroalloy | Dav Riga | SB Corp | Nakosta | ITERA | Byblos Bank |
| 5a | BJB 121128 | $ 2,092,346 | $ 935,989 | $ 1,156,357 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 935,989 | $ - | $ - |
| 5b | CS (Guernsey) - Samante [1] | 148,757,519 | 137,408,033 | 11,349,486 | 137,408,033 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5c | CS (Guernsey) - Account 41843 - Escrow Re: BT Trust | 14,309 | 11,016 | 3,293 | 1,163 | 538 | 186 | 19 | 17 | 112 | 328 | 4,722 | 110 | 3,138 | 683 | | | |
| 5d | EuroFed | | | | | | | | | | | | | | | | | |
| 5d(i) | Acc 137978 - Lazarenko | - | - | - | | | | | | | | | | | | | | |
| 5d(ii) | Acc 132907 - Lady Lake | 8,330,623 | 8,330,623 | - | 8,330,623 | | | | | | | | | | | | | |
| 5d(iii) | Acc 134936 - Fairmont | 8,288,596 | 8,288,596 | - | 8,288,596 | | | | | | | | | | | | | |
| 5d(iv) | Lady Lake Security Deposits | 6,910,331 | 6,910,331 | - | 6,910,331 | | | | | | | | | | | | | |
| 5d(v) | Acc 119648 - Guardian | 15,000,000 | 14,994,557 | 5,443 | 14,960,034 | 23,921 | 6,018 | 2,422 | 2,162 | | | | | | | | | |
| 5d(vi) | Acc 133923 - Firstar | 46,001,559 | 40,457,789 | 5,543,771 | 31,903,045 | 50,936 | 12,814 | 5,157 | 4,604 | | | 4,008,108 | | | | 4,473,124 | | |
| 5d(vii) | Acc 196317 - Nemuro | 211,844 | 166,148 | 45,696 | | | | | | | | | | | | 134,975 | | |
| 5d(viii) | Acc 112436 - Orby International | 976,805 | 976,805 | - | | | | | | | | | | | | | | |
| 5e | Acc 120512 - Milchenko | 1,219,902 | 1,219,902 | - | 1,219,902 | | | | | | | | | | | | | |
| 5f | Acc 0251-562927-01 | | | | | | | | | | | | | | | | | |
| 5g | Acc 5491 EuroFed | | | | | | | | | | | | | | | | | |
| 5h | Vilniaus Bankas (073721) | | | | | | | | | | | | | | | | | |
| 5i | Liechtenstein Accounts | | | | | | | | | | | | | | | | | |
| 5i(i) | Verwaltungs 325.295.900 - Beranco Engineering [2] | 6,727,432 | 6,725,008 | 2,424 | 6,709,560 | 10,704 | 2,693 | 1,084 | 967 | | | | | | | | | |
| 5i(ii) | Verwaltungs 326.284.900 - Ylorex | | | | | | | | | | | | | | | | | |
| 5i(iii) | LGT 0153633AB and 0153633AC - Tanas | | | | | | | | | | | | | | | | | |
| 5i(iv) | NRKTO 7541 - 527.908.09 | 8,993 | - | 8,993 | | | | | | | | | | | | | | |
| 5i(iv) | NRKTO 7541 - 187.764.68 | - | - | - | | | | | | | | | | | | | | |
| 5i(iv) | NRKTO 7541 - 187.775.88 | - | - | - | | | | | | | | | | | | | | |
| **Total** | | $ 244,540,258 | $ 226,424,796 | $ 18,115,462 | $ 215,731,287 | $ 86,099 | $ 21,712 | $ 8,681 | $ 7,749 | $ 112 | $ 328 | $ 4,012,830 | $ 110 | $ 3,138 | $ 683 | $ 5,544,088 | $ - | $ - |

**Notes:**  
[1] Exhibit 18.  
[2] Exhibit 16.

Confidential                                    Prepared by SRR

**Transfer PSJ 01015**