# Exhibit

# H

Stassen Declaration



**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor    Philadelphia, PA 19103-3222
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

PAVEL LAZARENKO
C/O OKSANA TSYKOVA
3650 MT. DIABLO BOULEVARD, SUITE 225
LAFAYETTE, CA 94549

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 01/20/22 |
| Client Number | 163221 |
| Matter Number | 00001 |

RE:  UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT

**COSTS ADVANCED AND EXPENSES INCURRED:**

**EXPENSE DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 08/04/16 | | $1.39 |
| 08/11/16 | | $22.10 |
| 08/16/16 | | $2.08 |
| 08/17/16 | | $6.00 |
| 08/20/16 | | $4.17 |
| 08/23/16 | | $2,347.20 |
| 08/23/16 | | $1.39 |
| 08/31/16 | | $11.40 |
| 09/01/16 | | $2.20 |
| 09/01/16 | | $27.60 |
| 09/02/16 | | $28.80 |
| 09/02/16 | | $1.00 |
| 09/02/16 | | $10.42 |
| 09/06/16 | | $18.00 |
| 09/06/16 | | $3.20 |
| 09/07/16 | | $4.00 |
| 09/07/16 | | $56.60 |

129814051.1



| Date | Amount |
|---|---|
| 09/13/16 | $5.60 |
| 09/13/16 | $15.00 |
| 09/15/16 | $5.56 |
| 09/23/16 | $12.69 |
| 09/23/16 | $12.69 |
| 09/23/16 | $5.60 |
| 09/23/16 | $5.40 |
| 09/23/16 | $3.00 |
| 09/23/16 | $5.40 |
| 09/26/16 | $17.60 |
| 09/27/16 | $1.80 |
| 09/27/16 | $3.80 |
| 09/27/16 | $7.80 |
| 09/27/16 | $4.60 |
| 09/27/16 | $1,443.40 |
| 09/27/16 | $1,826.76 |
| 09/27/16 | $199.20 |
| 09/27/16 | $912.15 |
| 09/28/16 | $39.00 |
| 09/30/16 | $12.69 |
| 09/30/16 | $15.20 |
| 10/03/16 | $212.50 |
| 10/07/16 | $1,146.05 |
| 10/07/16 | $10.40 |
| 10/10/16 | $53.20 |
| 10/10/16 | $6.20 |
| 10/11/16 | $1,108.80 |

129814051.1

| Date | | Amount |
|---|---|---|
| 10/11/16 |  | $18.80 |
| 10/12/16 | | $6.00 |
| 10/13/16 | | $17.20 |
| 10/14/16 | | $13.00 |
| 10/18/16 | | $1.00 |
| 10/18/16 | | $4.60 |
| 10/19/16 | | $14.00 |
| 10/19/16 | | $2,310.00 |
| 10/19/16 | | $23.00 |
| 10/19/16 | | $7.80 |
| 10/19/16 | | $42.60 |
| 10/20/16 | | $0.60 |
| 10/21/16 | | $872.55 |
| 10/27/16 | | $10.50 |
| 10/29/16 | | $50.00 |
| 10/31/16 | | $2,255.00 |
| 11/04/16 | | $6.10 |
| 11/14/16 | | $3.00 |
| 11/17/16 | | $1,620.00 |
| 11/17/16 | | $1,657.50 |
| 11/17/16 | | $1,810.00 |
| 11/17/16 | | $37.06 |
| 11/17/16 | | $57.20 |
| 11/21/16 | | $863.18 |
| 11/28/16 | | $30.00 |
| 11/29/16 | | $371.52 |
| 12/02/16 | | $2,690.10 |
| 12/05/16 | | $56.40 |
| 12/08/16 | | $150.00 |

129814051.1



| Date | | Amount |
|------|---|--------|
| 12/08/16 | | $1,701.96 |
| 12/08/16 | | $12.35 |
| 12/08/16 | | $35.00 |
| 12/08/16 | | $2,602.33 |
| 12/08/16 | | $260.32 |
| 12/08/16 | | $116.21 |
| 12/08/16 | | $3,709.73 |
| 12/08/16 | | $90.00 |
| 12/08/16 | | $100.00 |
| 12/12/16 | | $67.50 |
| 12/13/16 | | $752.20 |
| 12/14/16 | | $80.00 |
| 12/19/16 | | $380.00 |
| 12/20/16 | | $225.00 |
| 12/23/16 | | $3,924.50 |
| 12/23/16 | | $227.00 |
| 12/23/16 | | $30.00 |
| 12/23/16 | | $86.00 |
| 12/28/16 | | $9.40 |
| 12/28/16 | | $76,910.00 |
| 12/28/16 | | $7,105.00 |
| 12/28/16 | | $4,433.94 |

129814051.1



| Date | Amount |
|---|---|
| 12/29/16 | $6.00 |
| 12/29/16 | $3.50 |
| 12/29/16 | $25.60 |
| 12/29/16 | $932.20 |
| 01/04/17 | $46.90 |
| 01/04/17 | $2,278.76 |
| 01/04/17 | $1,097.31 |
| 01/04/17 | $170.48 |
| 01/04/17 | $1,263.43 |
| 01/04/17 | $1,014.89 |
| 01/04/17 | $181.63 |
| 01/05/17 | $508.00 |
| 01/06/17 | $85.49 |
| 01/06/17 | $35.85 |
| 01/06/17 | $41.15 |
| 01/09/17 | $6.00 |
| 01/12/17 | $96.00 |
| 01/12/17 | $80.00 |
| 01/12/17 | $40.00 |
| 01/12/17 | $559.77 |

129814051.1

| Date | | Amount |
|---|---|---|
| 01/12/17 |  | $34.97 |
| 01/16/17 | | $5.50 |
| 01/17/17 | | $16.80 |
| 01/17/17 | | $1,800.87 |
| 01/17/17 | | $3,805.00 |
| 01/18/17 | | $6.60 |
| 01/20/17 | | $18.58 |
| 01/22/17 | | $23.50 |
| 01/24/17 | | $1.50 |
| 01/26/17 | | $72.00 |
| 01/26/17 | | $57.20 |
| 01/26/17 | | $389.00 |
| 01/31/17 | | $3,021.34 |
| 02/01/17 | | $555.85 |
| 02/01/17 | | $714.27 |
| 02/02/17 | | $7,528.99 |
| 02/03/17 | | $423.96 |
| 02/03/17 | | $230.59 |
| 02/03/17 | | $693.57 |
| 02/15/17 | | $4,100.00 |
| 02/17/17 | | $925.94 |
| 02/21/17 | | $2,457.62 |

129814051.1



| Date | Amount |
|---|---|
| 02/21/17 | $1,427.09 |
| 02/26/17 | $54.40 |
| 02/27/17 | $11.00 |
| 02/27/17 | $66.00 |
| 03/03/17 | $23,158.75 |
| 03/05/17 | $4.90 |
| 03/08/17 | $13,592.30 |
| 03/17/17 | $384.05 |
| 04/07/17 | $67.80 |
| 04/07/17 | $3.20 |
| 04/11/17 | $756.13 |
| 04/11/17 | $2,015.06 |
| 04/13/17 | $169.10 |
| 04/13/17 | $4.15 |
| 04/13/17 | $193.00 |
| 04/13/17 | $185.67 |
| 04/13/17 | $17.71 |
| 04/13/17 | $182.33 |
| 04/13/17 | $1,860.29 |
| 04/13/17 | $118.45 |
| 04/13/17 | $31.62 |
| 04/13/17 | $41.30 |
| 04/17/17 | $1,277.78 |
| 04/18/17 | $630.50 |

129814051.1



| Date | Amount |
|---|---|
| 04/19/17 | $520.10 |
| 04/27/17 | $7.00 |
| 05/02/17 | $35.60 |
| 05/22/17 | $4.46 |
| 05/22/17 | $22.32 |
| 05/24/17 | $524.05 |
| 05/25/17 | $9,535.00 |
| 05/30/17 | $8.93 |
| 05/30/17 | $53.58 |
| 06/23/17 | $795.37 |
| 06/27/17 | $13,606.25 |
| 06/27/17 | $10,322.50 |
| 06/27/17 | $21,615.68 |
| 07/18/17 | $24,750.00 |
| 07/24/17 | $682.62 |
| 08/10/17 | $36.00 |
| 08/10/17 | $734.20 |
| 08/10/17 | $120.00 |
| 08/10/17 | $404.78 |
| 08/10/17 | $16.30 |
| 08/30/17 | $641.11 |
| 09/07/17 | $5,000.00 |
| 09/07/17 | $5,236.00 |

129814051.1



| Date | Amount |
|---|---|
| 09/07/17 | $8.94 |
| 09/07/17 | $1,759.43 |
| 09/07/17 | $277.24 |
| 10/02/17 | $826.16 |
| 10/04/17 | $100.00 |
| 10/09/17 | $29,100.00 |
| 10/11/17 | $25,000.00 |
| 10/11/17 | $10,000.00 |
| 10/13/17 | $13.68 |
| 10/17/17 | $225.00 |
| 10/17/17 | $9,571.72 |
| 10/17/17 | $242.43 |
| 10/17/17 | $138.82 |
| 10/20/17 | $13.68 |
| 11/21/17 | ($605.90) |
| 11/21/17 | $605.90 |
| 11/21/17 | $58.00 |
| 11/28/17 | $1,020.00 |
| 11/28/17 | $1,020.00 |
| 12/04/17 | $405.36 |
| 12/08/17 | $260.27 |

129814051.1



| Date | Amount |
|------|--------|
| 12/19/17 | $1,020.00 |
| 12/19/17 | $1,020.00 |
| 12/19/17 | $1,020.00 |
| 12/19/17 | $1,020.00 |
| 12/19/17 | $765.00 |
| 12/27/17 | $507.62 |
| 01/10/18 | $605.90 |
| 01/12/18 | $7,500.00 |
| 01/17/18 | $237.06 |
| 01/24/18 | $75.60 |
| 01/26/18 | $25,000.00 |
| 01/31/18 | $260.76 |
| 01/31/18 | $3,349.77 |
| 02/07/18 | $4,190.10 |
| 02/09/18 | $230.00 |
| 02/09/18 | $10.01 |
| 02/14/18 | $0.20 |
| 02/14/18 | $488.18 |
| 02/14/18 | $212.00 |
| 02/14/18 | ($212.00) |
| 02/14/18 | ($96.04) |

129814051.1



| 02/14/18 | $96.04 |
| 02/16/18 | $10.28 |
| 02/20/18 | $180.00 |
| 02/21/18 | $20,000.00 |
| 02/23/18 | $33.30 |
| 02/23/18 | $9.08 |
| 02/23/18 | $15.00 |
| 03/02/18 | $1,410.00 |
| 03/02/18 | $18.59 |
| 03/08/18 | $4,220.00 |
| 03/16/18 | $17.52 |
| 03/19/18 | $244.81 |
| 03/19/18 | $140.00 |
| 03/30/18 | $930.10 |
| 04/03/18 | $815.90 |
| 04/05/18 | $81.00 |
| 04/05/18 | $400.00 |
| 04/05/18 | $74.20 |
| 04/05/18 | $435.09 |
| 04/05/18 | $446.63 |

129814051.1



| Date | Amount |
|---|---|
| 04/06/18 | $18.43 |
| 04/12/18 | $2,055.56 |
| 04/17/18 | $1,405.88 |
| 04/27/18 | $4,403.65 |
| 05/02/18 | $4,775.50 |
| 05/04/18 | $1,983.30 |
| 05/04/18 | $1,744.01 |
| 05/11/18 | $18.66 |
| 05/18/18 | $50,566.25 |
| 05/21/18 | $180.00 |
| 06/01/18 | $15.10 |
| 06/20/18 | $152.00 |
| 06/20/18 | $26.84 |
| 06/28/18 | $180.00 |
| 07/24/18 | $180.00 |
| 08/09/18 | $25.00 |
| 08/09/18 | $339.00 |
| 08/09/18 | $115.69 |
| 08/27/18 | $180.00 |
| 09/18/18 | $27,301.99 |
| 09/21/18 | $3,018.00 |
| 09/25/18 | $180.00 |

129814051.1



| Date | Amount |
|------|--------|
| 10/16/18 | $2,497.97 |
| 10/23/18 | $180.00 |
| 10/31/18 | $6,000.00 |
| 11/20/18 | $180.00 |
| 11/26/18 | $5,136.99 |
| 12/20/18 | $25.00 |
| 12/20/18 | $440.00 |
| 12/20/18 | $57.20 |
| 12/20/18 | $15.00 |
| 12/28/18 | $271.45 |
| 12/31/18 | $180.00 |
| 01/14/19 | $32.75 |
| 01/14/19 | $118.00 |
| 01/23/19 | $180.00 |
| 01/23/19 | ($180.00) |
| 01/23/19 | $180.00 |
| 01/25/19 | $76.80 |
| 01/25/19 | $308.04 |
| 01/29/19 | $21,460.00 |
| 01/29/19 | $2.00 |
| 01/29/19 | $0.20 |
| 02/01/19 | $198.08 |

129814051.1



| Date | Amount |
|---|---|
| 02/01/19 | $190.79 |
| 02/01/19 | $16.80 |
| 02/01/19 | $48.71 |
| 02/02/19 | $212.11 |
| 02/02/19 | $115.48 |
| 02/05/19 | $308.00 |
| 02/05/19 | $23.90 |
| 02/05/19 | $37.35 |
| 02/13/19 | $1,720.00 |
| 02/13/19 | $2,830.00 |
| 02/14/19 | $144.00 |
| 02/14/19 | $1,196.31 |
| 02/14/19 | $118.00 |
| 02/14/19 | $1,358.91 |
| 02/19/19 | $544.60 |
| 02/19/19 | $116.42 |
| 02/19/19 | $1,358.91 |
| 02/19/19 | $218.65 |
| 02/19/19 | $60.00 |

129814051.1



| | |
|---|---|
| 02/19/19 | $26.99 |
| 02/25/19 | $180.00 |
| 03/19/19 | $70.89 |
| 03/20/19 | $1,500.00 |
| 03/20/19 | $744.26 |
| 03/20/19 | $242.59 |
| 03/20/19 | $3,339.44 |
| 03/25/19 | $180.00 |
| 03/29/19 | $12.92 |
| 04/01/19 | $100.00 |
| 04/04/19 | $5.00 |
| 04/04/19 | $232.00 |
| 04/04/19 | $18.27 |
| 04/05/19 | $25.23 |
| 04/05/19 | $20.50 |
| 04/05/19 | $19.92 |
| 04/05/19 | $19.92 |
| 04/12/19 | $903.90 |
| 04/12/19 | $848.95 |
| 04/12/19 | $6,829.00 |

129814051.1



| Date | Amount |
|------|--------|
| 04/12/19 | $21.77 |
| 04/17/19 | $535.00 |
| 04/23/19 | $47.00 |
| 04/23/19 | $50.89 |
| 04/23/19 | $228.16 |
| 04/23/19 | $710.60 |
| 04/23/19 | $306.79 |
| 04/23/19 | $27.19 |
| 04/23/19 | $39.95 |
| 04/23/19 | $20.00 |
| 04/25/19 | $0.40 |
| 04/29/19 | $180.00 |
| 05/14/19 | $68.40 |
| 05/14/19 | $1,705.43 |
| 05/21/19 | $180.00 |
| 05/22/19 | $0.20 |
| 06/14/19 | $952.90 |
| 06/14/19 | $10,266.00 |
| 06/21/19 | $17.04 |
| 06/24/19 | $2,090.00 |
| 06/25/19 | $180.00 |
| 06/27/19 | $448.00 |
| 07/08/19 | $189.26 |

129814051.1



| Date | Amount |
|---|---|
| 07/19/19 | $180.00 |
| 08/02/19 | $1.00 |
| 08/14/19 | $2,367.50 |
| 08/20/19 | $0.80 |
| 08/23/19 | $170.00 |
| 09/24/19 | $170.00 |
| 10/03/19 | $983.60 |
| 10/03/19 | $36.44 |
| 10/03/19 | $222.15 |
| 10/03/19 | $11.00 |
| 10/03/19 | $601.20 |
| 10/03/19 | $308.08 |
| 10/03/19 | $32.32 |
| 10/04/19 | $490.00 |
| 10/08/19 | $1.00 |
| 10/09/19 | $1,666.59 |
| 10/09/19 | $101.00 |
| 10/09/19 | $604.72 |
| 10/09/19 | $58.12 |
| 10/17/19 | $750.00 |
| 10/17/19 | $750.00 |

129814051.1



| | |
|---|---|
| 10/21/19 | $170.00 |
| 10/24/19 | $572.59 |
| 10/24/19 | $9.65 |
| 10/24/19 | $1,358.91 |
| 10/24/19 | $356.61 |
| 11/18/19 | $25,000.00 |
| 11/18/19 | $1,092.50 |
| 11/26/19 | $170.00 |
| 11/26/19 | $153.00 |
| 11/26/19 | $79.00 |
| 11/26/19 | $13.50 |
| 11/26/19 | $83.40 |
| 11/27/19 | $245.44 |
| 12/12/19 | $21.09 |
| 12/12/19 | $340.30 |
| 12/12/19 | $340.30 |
| 12/12/19 | $198.00 |
| 12/12/19 | $199.00 |
| 12/12/19 | $34.00 |
| 12/12/19 | $129.00 |
| 12/12/19 | $9.20 |

129814051.1



| | |
|---|---|
| 12/12/19 | $289.90 |
| 12/12/19 | $475.15 |
| 12/12/19 | $285.85 |
| 12/12/19 | $524.01 |
| 12/12/19 | $524.01 |
| 12/12/19 | $116.70 |
| 12/12/19 | $76.29 |
| 12/12/19 | $56.63 |
| 12/12/19 | $14.97 |
| 12/12/19 | $18.39 |
| 12/12/19 | $60.10 |
| 12/12/19 | $37.35 |
| 12/12/19 | $45.94 |
| 12/12/19 | $21.10 |
| 12/19/19 | $283.80 |
| 12/19/19 | $2,429.31 |
| 12/19/19 | $146.00 |
| 12/19/19 | $26.00 |
| 12/19/19 | $115.00 |
| 12/19/19 | $10.05 |

129814051.1



| Date | Amount |
|---|---|
| 12/19/19 | $80.41 |
| 12/19/19 | $390.50 |
| 12/19/19 | $83.45 |
| 12/19/19 | $625.71 |
| 12/19/19 | $83.45 |
| 12/19/19 | $333.76 |
| 12/19/19 | $81.57 |
| 12/23/19 | $170.00 |
| 01/09/20 | $3,059.45 |
| 01/09/20 | $66.99 |
| 01/09/20 | $1,853.67 |
| 01/09/20 | $302.72 |
| 01/27/20 | $170.00 |
| 02/25/20 | $170.00 |
| 03/16/20 | $238.00 |
| 03/30/20 | $170.00 |
| 04/06/20 | $78.32 |
| 04/07/20 | $1,361.40 |
| 04/08/20 | $150.00 |
| 04/17/20 | $17.82 |
| 04/24/20 | $170.00 |

129814051.1



| Date | | Amount |
|------|---|--------|
| 05/18/20 | | $1,425.00 |
| 05/18/20 | | $645.00 |
| 05/26/20 | | $170.00 |
| 06/23/20 | | $170.00 |
| 06/23/20 | | $10,000.00 |
| 07/15/20 | | $305.00 |
| 07/23/20 | | $1,395.00 |
| 07/31/20 | | $22.06 |
| 08/28/20 | | $170.00 |
| 09/17/20 | | $1,500.00 |
| 09/22/20 | | $170.00 |
| 10/26/20 | | $5,000.00 |
| 10/28/20 | | $170.00 |
| 11/04/20 | | $165.00 |
| 11/13/20 | | $14.56 |
| 11/27/20 | | $20.76 |
| 11/30/20 | | $170.00 |
| 11/30/20 | | $505.00 |
| 12/16/20 | | $25.00 |
| 12/18/20 | | $7.93 |
| 12/18/20 | | $12.86 |

129814051.1



| Date | Amount |
|---|---|
| 12/18/20 | $7.93 |
| 12/21/20 | $170.00 |
| 12/22/20 | $10,000.00 |
| 12/25/20 | $10.84 |
| 01/20/21 | $238.00 |
| 01/21/21 | $15.30 |
| 01/21/21 | $238.00 |
| 01/26/21 | $170.00 |
| 01/28/21 | ($25.00) |
| 01/28/21 | $25.00 |
| 02/19/21 | $5.80 |
| 02/19/21 | $20.80 |
| 02/24/21 | $170.00 |
| 02/26/21 | $66.93 |
| 03/03/21 | $25.00 |
| 03/05/21 | $29.16 |
| 03/12/21 | $12.07 |
| 03/12/21 | $16.78 |
| 03/24/21 | $170.00 |
| 03/25/21 | $152.00 |
| 03/25/21 | $26.20 |
| 03/25/21 | $24.20 |

| Date | | Amount |
|---|---|---|
| 04/15/21 |  | $238.00 |
| 04/19/21 | | $9,988.29 |
| 04/20/21 | | $7,245.00 |
| 04/21/21 | | $170.00 |
| 05/12/21 | | $7,828.54 |
| 05/25/21 | | $170.00 |
| 05/31/21 | | $170.00 |
| 07/07/21 | | $26.00 |
| 07/07/21 | | $92.00 |
| 07/20/21 | | $170.00 |
| 08/23/21 | | $170.00 |

129814051.1