# Exhibit

# I

# Stassen Declaration

| Billed Period | Matter Number | Matter Description | Cost Billed |
|---|---|---|---:|
| 09/2016 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 2,388.78 |
| 10/2016 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 4,693.22 |
| 11/2016 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 8,179.79 |
| 12/2016 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 9,170.16 |
| 01/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 104,032.14 |
| 02/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 16,758.52 |
| 03/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 55,940.33 |
| 04/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 388.95 |
| 05/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 8,081.19 |
| 06/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 10,094.65 |
| 07/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 46,429.09 |
| 08/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 25,432.62 |
| 09/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 14,234.00 |
| 10/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 75,204.13 |
| 11/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 27.36 |
| 12/2017 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 2,703.90 |
| 01/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 5,412.35 |
| 02/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 37,029.09 |
| 03/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 26,902.78 |
| 04/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 11,285.12 |
| 05/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 12,906.46 |
| 06/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 50,780.01 |
| 07/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 358.84 |
| 08/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 659.69 |
| 09/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 180.00 |
| 10/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 30,499.99 |
| 11/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 8,677.97 |
| 12/2018 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 5,316.99 |
| 01/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 988.65 |
| 02/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 21,869.75 |
| 04/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 17,114.11 |
| 05/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 11,190.44 |
| 06/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 1,954.03 |
| 07/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 14,143.20 |
| 08/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 180.00 |
| 09/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 2,539.30 |
| 10/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 170.00 |
| 11/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 9,083.98 |
| 12/2019 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 26,836.84 |
| 01/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 13,959.12 |
| 03/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 340.00 |
| 04/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 1,997.72 |
| 05/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 2,257.82 |
| 06/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 170.00 |
| 07/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 10,170.00 |
| 08/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 1,722.06 |
| 09/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 170.00 |
| 10/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 1,674.83 |
| 11/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 5,335.00 |
| 12/2020 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 710.32 |

| Date | Account | Case | Amount |
|---|---|---|---:|
| 01/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 10,223.72 |
| 02/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 697.14 |
| 03/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 288.53 |
| 04/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 430.41 |
| 05/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 17,641.29 |
| 06/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 7,998.54 |
| 07/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 170.00 |
| 08/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 288.00 |
| 09/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 170.00 |
| 10/2021 | 163221.00001 | UNITED STATES OF AMERICA V. ALL FUNDS ON DEPOSIT | 385.00 |
| | | **Sum:** | **756,637.92** |