# Exhibit

# J

# Stassen Declaration



New Square Chambers, 12 New Square, Lincoln's Inn, London WC2A 3SW DX 1056 London/Chancery Lane
T +44 (0)20 7419 8000 E clerks@newsquarechambers.co.uk www.newsquarechambers.co.uk

| ABT Advocates<br>10 New Street<br>Guernsey<br>GY1 2PF<br>Attention: Mr. Nicholas Barnes | Professional Fees of<br>**Mr Nicholas Le Poidevin Q.C.**<br>VAT Registration No: 235160686 |

| Solicitors Ref | Date | Our Ref: | (please quote on all correspondence) |
|---|---|---|---|
| N.B | 18 August 2020 | | 108064 |

**Pavlo Lazarenko**

| Date | Description | Fees (£) | VAT (£) |
|---|---|---|---|
| 09 Apr 2020 | | 1687.50 | 0.00 |
| 09 Apr 2020 | | 187.50 | 0.00 |
| 14 May 2020 | l | | |

Note: Items marked '*' are previously unbilled

| | TOTALS | £1,875.00 | £0.00 |
|---|---|---|---|
| | **TOTAL DUE** | **£1,875.00** | |

Previously Rendered: 23 Apr 2020, 24 Apr 2020, 26 May 2020, 28 May 2020

**Fees are due within 30 days of the fee note rendered in respect of the work done.**

**VALID ONLY WHEN RECEIPTED ** THIS IS NOT A TAX INVOICE**
PLEASE MAKE PAYMENT TO Mr Nicholas Le Poidevin Q.C.
BACS DETAILS UPON REQUEST TO clerks@newsquarechambers.co.uk
REMITTANCE DETAILS TO clerks@newsquarechambers.co.uk**

# Silversmith, Jed

| | |
|---|---|
| **From:** | Nick Barnes <njb@guernseylegal.com> |
| **Sent:** | Tuesday, September 14, 2021 10:16 AM |
| **To:** | Silversmith, Jed |
| **Subject:** | RE: Balance due |

It's £6,503.93.

N J Barnes



Advocates & Notaries Public
10 New Street, St Peter Port, Guernsey GY1 2PF

e-mail:njb@guernseylegal.com

Tel:     +44 (0) 1481 724124

---

**From:** Silversmith, Jed <JSilversmith@BlankRome.com>
**Sent:** 13 September 2021 20:10
**To:** Nick Barnes <njb@guernseylegal.com>
**Subject:** Balance due

How much are you currently owed (if anything)?

**Jed M. Silversmith | Blank Rome LLP**
One Logan Square 130 North 18th Street | Philadelphia, PA 19103-6998
Phone: 215.569.5789 | Fax: 215.832.5789 | Mobile: 202.309.0193
Email: JSilversmith@BlankRome.com

************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

************************************************************************************************

## KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808 -8108
www.kflaw.com

PERSONAL AND CONFIDENTIAL                              Invoice #     193519
                                                        October 21, 2021

Fox Rothschild                                          18249
c/o Ian Comisky
2000 Market Street
20th Floor
Philadelphia, PA 19103

Re: Lazarenko

---

| | |
|---|---:|
| PREVIOUSLY BILLED BALANCE   . . . . . . . . . . . . . . . | $92,381.62 |
| | |
| AVAILABLE RETAINER   . . . . . . . . . . . . . . . | $0.00 |
| BALANCE DUE   . . . . . . . . . . . . . . . | **$92,381.62** |

# <u>PAST DUE</u>

Invoices reflect only payments received prior to the date of the invoice.

**Wire Transfer Instructions:**

Citibank N.A. New York, NY, Attn: Private Banking / **Address:** Citibank Private Bank, 153 East 53rd Street, 23rd Floor, New York, NY 10022

**Account Name:** Kostelanetz & Fink, LLP / **Acct#:** 6780435896 / **ABA:** 021000089 / **SWIFT:** CITIUS33
