UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No. 3:00-cr-00284-CRB-1 |
|---|---|
| Plaintiff, | |
| vs. | Date:<br>Time: |
| Pavel Ivanovich Lazarenko, | Place:<br>Judge:   Hon. Charles R. Breyer |
| Defendant. | |

## [PROPOSED] FINAL JUDGMENT OF FORFEITURE

AND NOW, this __ day of _____, 2022, pursuant to Federal Rule of Criminal Procedure 32.2(e) and 18 U.S.C. § 982 & 21 U.S.C. § 853, in partial satisfaction of the Forfeiture Money Judgment entered against the defendant that remains outstanding, the Court finds the following:

a.  On April 9, 2021, the Government filed an application for a preliminary order of forfeiture seeking to forfeit all funds on deposit in Lazarenko's Bank Julius Baer (BJB) Guernsey account and Liechtensteinische Landesbank AG (NRKTO) account, as substitute property.

b.  On August 6, 2021, this Court entered an order forfeiting property substitute property in the amount of $2,283,602.80 under Fed. R. Crim. P. 32.2(b).

c.  On August 20, 2021, this Court modified the preliminary order of forfeiture to forfeit substitute property in the amount of $2,794,502.80, from these two bank accounts.

d.  On October 6, 2021, Blank Rome LLP, Fox Rothschild LLP, the law offices of David B. Smith PLLC and the law offices of Daniel Horowitz, (the "Law Firms") filed an ancillary petition.  On October 7, 2021 Alexei Ditiatkovsky ("Ditiatkovsky") filed an ancillary petition.

e.  On December 20, 2021, the Government moved to dismiss all of the ancillary petitions.

f.	On January 7, 2022, the Law Firms joined the Government's motion to dismiss Ditiatkovsky's petition. Ditiatkovsky did not file a response to the Government's motion to dismiss.

g.	On January 20, 2022, the Law Firms filed an Opposition to the Government's motion to dismiss and a cross-motion for summary judgment.

This Court having reviewed the Government's motion to dismiss, the Law Firms' cross motion, and all other papers filed by the parties, hereby **GRANTS** the Law Firms' cross-motion. The motion to dismiss Ditiatkovsky's petition is also **GRANTED**.

The Court **FINDS** that

(A)_____ The Law Firms have a superior interest in the amount of

$2,382,226.56 under § 853(n)(6)(A). Therefore, the amount of $412,276.24 is **FORFEITED** to the United States as substitute property. The amount of $2,382,226.56 is **DISMISSED**

[**and/or**]

(B)_____ The Law Firms have a superior interest in the amount of

$2,357,579.40 under § 853(n)(6)(B). Therefore, the amount of $436,923.40 is **FORFEITED** to the United States as substitute property. The amount of $2,357,579.40 is **DISMISSED**.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. All right, title and interest of all persons, including their heirs and assigns, in any forfeited property is hereby fully and finally forfeited to the United States of America pursuant to 18 U.S.C. § 982 & 21 U.S.C. § 853(p).

2. The United States Marshals Service, and/or its designee, shall dispose of the forfeited property in accordance with the law and the rules of this Court.

143753.00601/126333024v.1

3. The Clerk of Court shall provide three certified copies of this Order to counsel for the Government and counsel to Mr. Lazarenko.

IT IS SO ORDERED.

_____
The Hon. Charles R. Breyer

143753.00601/126333024v.1